

Michael Reeves
905 E 2nd St
Los Angeles, CA 90012

## Other Events

3:26-cv-02384 Michael Reeves et al v. City of San Diego et al

### U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 4/15/2026 at 10:36 AM PDT and filed on 4/15/2026
**Case Name:**          Michael Reeves et al v. City of San Diego et al
**Case Number:**     3:26-cv-02384-BJC-AHG
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**District Judge Benjamin J. Cheeks and Magistrate Judge Allison H. Goddard assigned to transfer case from Central District of California. (All non-registered users served via U.S. Mail Service)(no document attached) (jpp)**


**3:26-cv-02384-BJC-AHG Notice has been electronically mailed to:**

**3:26-cv-02384-BJC-AHG Notice has been delivered by other means to:**

Michael Reeves
905 E 2nd St
Los Angeles, CA 90012