UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL REEVES,
Plaintiff,
v.
PRADEEP K. KHOSLA; et al,
Defendants.

Case No.: 26-cv-2384-BJC-AHG

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN THE DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

**[ECF No. 2]**

Before the Court is Plaintiff Michael Reeve's Application to Proceed in the District Court without Prepaying Fees or Costs ("IFP Motion"). ECF No. 2. Plaintiff, proceeding *pro se*, filed his Complaint on April 2, 2026, in the United Stated District Court for the Central District of California. ECF No. 1. The action was transferred to this District on April 14, 2026. ECF Nos. 5–6. For the reasons provided below, the IFP Motion is **GRANTED**.

Generally, all parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee. *See* 28 U.S.C. § 1914(a); Civ. L.R. 4.5(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Although the

statute does not specify the qualifications for proceeding IFP, the plaintiff's affidavit must allege poverty with some particularity. *Escobeda v. Applebees*, 787 F.3d 1226, 1234 (2015). Granting a plaintiff leave to proceed IFP may be proper, for example, when the affidavit demonstrates that paying court costs will result in a plaintiff's inability to afford the "necessities of life." *Id.* The affidavit, however, need not demonstrate that the plaintiff is destitute. *Id.*

Plaintiff did not prepay the filing fees required by 28 U.S.C. § 1914(a); instead, he filed this IFP Motion. Plaintiff's affidavit shows that he is not currently employed, and his last date of employment was February 2024. ECF No. 2 at 1–2. Plaintiff currently receives $72.00 per month in Cash Aid for Adults (GA/GR) and $298.00 per month in food assistance from CalFresh. *Id*. at 5. Plaintiff claims to have no funds in any checking or savings accounts. *Id.* at 3. Plaintiff states he has "lost everything [he] own[s] in this world because of ICE" and is "now homeless for the first time in [his]life." *See id.* Based on Plaintiff's income, expenses, and bank accounts, it appears that he does not have funds to pay the filing fee and still "afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Accordingly, the Court **GRANTS** Plaintiff's IFP Motion. ECF No. 2. The Clerk of Court is **DIRECTED** to issue a summons.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Honorable Benjamin J. Cheeks
United States District Judge